IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 8:09CR249 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| GREG LAMMERS, | ) | |
| JENNY M. BUCK and | ) | |
| ANTONIO JUAREZ, | ) | |
| | ) | |
| Defendants. | ) | |

    This matter is before the court on the motions for an extension of time by defendants Greg Lammers (Lammers) and Antonio Juarez (Juarez) (Filing Nos. 27 and 29). Defendants seek a continuance of thirty days in which to file pretrial motions in accordance with the progression order. Lammers has filed an affidavit and Juarez's counsel represents that Juarez will file an affidavit wherein the defendant consents to the motion and acknowledges he understands the additional time may be excludable time for the purposes of the Speedy Trial Act. Lammers's counsel represents that government's counsel has no objection to the motion. Upon consideration, the motions will be granted and the pretrial motion deadline will be extended as **to all defendants**.

    **IT IS ORDERED:**

    Defendant Lammers's and Juarez's motions for an extension of time (Filing Nos. 27 and 29) are granted. **All defendants** are given until **on or before August 17, 2009,** in which to file pretrial motions pursuant to the progression order. The ends of justice have been served by granting such motions and outweigh the interests of the public and the defendants in a speedy trial. The additional **time** arising as a result of the granting of the motions, i.e., the time between **July 15, 2009 and August 17, 2009**, shall be deemed **excludable** time in any computation of time under the requirement of the Speedy Trial Act for the reason defendants' counsel require additional time to adequately prepare the case, taking into consideration due diligence of counsel, and the novelty and complexity of this case. The failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(8)(A) & (B).

    DATED this 15th day of July, 2009.

                                                               BY THE COURT:

                                                               s/Thomas D. Thalken
                                                              United States Magistrate Judge